# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

**STATE OF OHIO**

                       **Case No. C-3:08-cv-476**

        **Plaintiff,**

                       **Judge Thomas M. Rose**

**-v-**                       **Magistrate Judge Michael R. Merz**

**LARRY E. EALY**

        **Defendant.**

---

**ENTRY AND ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (Doc. #9) REGARDING EALY'S MOTION FOR LEAVE TO PROCEED ON APPEAL *IN FORMA PAUPERIS* IN ITS ENTIRETY AND DENYING EALY'S MOTION FOR LEAVE TO PROCEED ON APPEAL *IN FORMA PAUPERIS***

---

This matter comes before the Court pursuant to Magistrate Judge Michael R. Merz's Report and Recommendations regarding Defendant Larry E. Ealy's ("Ealy's") Motion for Leave To Proceed On Appeal *in forma pauperis*. The time has run and neither party has filed Objections to this Report and Recommendations.

As required by 28 U.S.C. §636(b) and Federal Rules of Civil Procedure Rule 72(b), the District Judge has made a de novo review of the record in this case. Upon said review, the Magistrate Judge's Report and Recommendations is adopted in its entirety.

Ealy's Motion for Leave To Proceed On Appeal *In Forma Pauperis* establishes that Ealy is indigent but it does not state any issues which Ealy intends to raise on appeal. Further, Ealy's Appeal would be frivolous. Therefore, Ealy's Motion for Leave To Proceed On Appeal *In Forma Pauperis* is OVERRULED.   The Clerk is also hereby ordered to serve a copy of this Order on Defendant Larry E. Ealy at his last known address.

**DONE** and **ORDERED** in Dayton, Ohio, this Ninth day of March, 2009.

                                              **s/Thomas M. Rose**
                                    _____
                                              THOMAS M. ROSE
                                    UNITED STATED DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Larry E. Ealy